PEOPLE, Respondent, v. BARNES, Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Proceeding by the People of the State of New York against Edgar Barnes. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. BARRY, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against William Barry. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. BERNSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Frank Bernstein. No opinion. Motion to dismiss appeal denied.

PEOPLE, Respondent, v. BLATT, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Samuel Blatt. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. BROBERG, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Manfred Broberg. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Ben Brown. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Proceeding by the People of the State of New York against Mabel Brown. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. CALIBRETTO, Appellant. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Proceeding by the People of the State of New York against Francisco Calibretto. PER CURIAM. Judgment and conviction in the County Court of Kings County reversed, and new trial ordered, on the ground that the ruling at folios 145, 146, and 147 of the record was prejudicial error. BURR and RICH, JJ., dissent.

PEOPLE v. CLOVER FARMS CO., Appellant (six cases). (Supreme Court, Appellate Division, First Department. May 16, 1913.) Proceedings by the People of the State of New York against the Clover Farms Company. M. Kirtland, of New York City, for appellant. R.

P. Beyer, of New York City, for the People. No opinion. Determination (133 N. Y. Supp. 421) affirmed, with costs. Orders filed.

PEOPLE, Respondent, v. CORNELIUS, Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Proceeding by the People of the State of New York against William H. K. Cornelius. PER CURIAM. Judgment of conviction and orders affirmed. HOWARD, J., dissents.

PEOPLE v. CORNELL. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Proceeding by the People of the State of New York against Erie E. Cornell. No opinion. Motion granted. Time extended to April 28, 1913. Settle order on notice.

PEOPLE, Respondent, v. DIN, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Proceeding by the People of the State of New York against Joseph Din. No opinion. Motion to dismiss appeal granted.

PEOPLE v. FISHER et al. (Supreme Court, Appellate Division, Fourth Department. May 7, 1913.) Proceeding by the People of the State of New York against Mary L. Fisher; Le Roy Crawford intervening as party defendant. PER CURIAM. Order affirmed, with $10 costs and disbursements. KRUSE and ROBSON, JJ., dissent.

PEOPLE v. FRIEDMAN. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Proceeding by the People of the State of New York against P. Friedman. PER CURIAM. Motion granted, so far as to allow appellant to perfect his appeal and serve his points, so that the case can be on the calendar by the 13th of May. Unless the record and points are filed within the time allowed, the motion to open the default will stand denied. Settle order on notice. See, also, 154 App. Div. 934, 139 N. Y. Supp. 1137.

PEOPLE, Respondent, v. GELHARDT, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against John H. Gelhardt, Jr. PER CURIAM. Motion denied, on condition that appellant perfect his appeal, place the case on the present calendar for Tuesday, April 22, 1913, and be ready for argument when reached; otherwise, motion granted. See, also, 141 N. Y. Supp. 1137.

PEOPLE, Respondent, v. GELHARDT, Appellant. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Proceeding by the People of the State of New York